# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## AT LEXINGTON

*ELECTRONICALLY FILED*

**MASTER FILE NO. 5:06-CV-316-KSF**

**IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006**

**RELATING TO:  ALL CASES**

### PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED DEPOSITION OF TIMOTHY WAYNE JOHNSON AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of the following person:

| | |
|---|---|
| NAME: | Timothy Wayne Johnson |
| OCCUPATION: | Comair Ramp Agent |
| DATE: | March 20, 2007 |
| TIME: | 9:00a.m. |
| LOCATION: | Stoll Keenon Ogden, PLLC |
| | 300 West Vine Street |
| | Suite 2100 |
| | Lexington, KY 40507 |
| | (859) 231-3000 |

This deposition will be conducted before a duly authorized court reporter.  The deposition

will be videotaped and stenographically recorded.  The oral and videotaped examination

is continuing in nature from the date and time set forth until completed.

This deposition is being taken for the purposes of discovery, for use at trial and

for such other purposes as authorized by the applicable rules in such cases.

Pursuant to Fed. R. Civ. P. 30(b)(5) and 34, please produce the following documents at or before your deposition:  all notes, memos, diagrams, copies of email messages, electronic writings, data and all related materials pertaining to the crash of Comair Flight 5191 in your possession or control.

Respectfully Submitted,

 /s/ David T. Royse
STOLL KEENON OGDEN PLLC
PLAINTIFFS' LIAISON COUNSEL
300 West Vine Street, Suite 2100
Lexington, KY 40507
(859) 231-3000
david.royse@skofirm.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to the following:

| | |
|---|---|
| Charles C. Adams, Jr. | Michael S. Krzak |
| William W. Allen | Bruce A. Lampert |
| Barry F. Benson | Gerard R. Lear |
| David L. Bohannon | Kellie Wilson Lee |
| Alan J. Brinkmeier | Robert L. Lieff |
| Elizabeth J. Cabraser | Sewell K. Loggins |
| Stanley M. Chesley | Matthew Ryan Malone |
| Robert A. Clifford | Edward Z Menkin |
| C. Timothy Cone | Michael J. Merlo |
| Michael J. Cox | Thomas Walcutt Miller |
| Scott A. Crosbie | Marc S. Moller |
| D. Craig Dance | Philip M. Moloney |
| L. Kelly Davis | Escum L. Moore, III |
| William L. Davis | Keith Moorman |
| Paul M. DeMarco | J. Arthur Mozley |
| Debra Ann Doss | L. Richard Musat |
| Carl Duhon | Kenneth P. Nolan |
| Colin H. Dunn | James N. Osteen, Jr. |
| Kevin P. Durkin | David Andrew Owen |
| Walter G. Ecton, Jr. | Peter Perlman |
| Richard W. Edwards | Thomas K. Prindable |

Sirce Elliott
David L. Fiol
Larry B. Franklin
Kulbinder Singh Garcha
William R. Garmer
Mark K. Gray
Edwin W. Green
Ronald L. Green
Rhonda Hatfield-Jeffers
Richard W. Hay
Lexi J. Hazam
Terence M. Healy
Rene B. Heinrich
Ephraim W. Helton
Kevin G. Henry
Thomas K. Herren
Douglas L. Hoots
Pamela Yvette Hourigan
William C. Hurt, Jr.
Renee A. Infante
Bradley E. Jewett
Stephen M. Jones
David I. Katzman
Benjamin L. Kessinger, III
Shelby C. Kinkead, Jr.

Charles M. Pritchett, Jr.
Jeff Ralston
Douglas W. Rennie
Howard L. Robinson
Louise Malbin Roselle
Joe C. Savage
Richard F. Schaden
Linda J. Schneider
Dennis T. Schoen
Allen Schulman, Jr.
Nora Shepherd
Kathryn L. Smith
Tyler Griffin Smith
Andrew Louis Sparks
Kara MacCartie Stewart
Edward H. Stopher
Matthew Elton Stubbs
Tad Thomas
William Thompson
Chad R. Wadlington
Linsey W. West
Mathew L. White
David C. Wise
Bobby G. Wombles
Daniel G. Yeast

and by U.S. Mail, First Class Postage Prepaid on this 20th day of February, 2007 to:

John F. McCauley
McTurnan & McKee
2400 West Market Street
Indianapolis, IN 46204

Wayne C. Turner
McTurnan & McKee
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

Ryan R. Wilmering
McTurnan & McKee
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

                              /s/ David T. Royse
                              STOLL KEENON OGDEN PLLC
                              PLAINTIFFS' LIAISON COUNSEL

LEX 990132/125507/3488934.1