UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

**CIVIL ACTION (MASTER FILE) NO. 5:06-CV-316 - KSF**

IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006

RELATING TO:

> *Anderson, et al. v. Comair, et al.*   Case No. 5:07-CV-270-KSF
> *Thomason, et al. v. Comair, et al.*   Case No. 5:07-CV-324-KSF

**OPINION AND ORDER**

This matter is before the Court on the motion of Comair, Inc., Comair Services, Inc., Comair Holdings, LLC, and Delta Air Lines, Inc. (collectively, "Comair") to dismiss the above-Plaintiffs' claims for loss of sibling consortium. Plaintiff Thomason responded that Marcie Thomason's "sisters are not plaintiffs nor have they asserted sibling consortium claims." [DE 2199]. No response was filed by Plaintiff Anderson; however, this Court recently entered an opinion holding that Kentucky law would be applicable to the claims of the Anderson plaintiffs for wrongful death. [DE 2238]. That same choice of law analysis would apply Kentucky law to the claims of Anderson's siblings for loss of consortium.

Kentucky law authorizes claims for loss of consortium only to surviving spouses or surviving minor children or their parents. KRS 411.145; 411.135; *Guiliani v. Guiler*, 951 S.W.2d 318 (Ky. 1997). *See also In re Air Crash at Lexington, Kentucky, August 27, 2006*, 2008 WL 80059 (E.D. Ky. 2008). Plaintiff Anderson does not point to any Kentucky authority, and this Court is not aware of any, to support a claim for loss of sibling consortium. Accordingly, Comair's motion to dismiss will be granted.

**IT IS ORDERED:**

A. Comair's Motion to Dismiss Plaintiff Thomason's claims for sibling consortium [DE 2115] is **DENIED AS MOOT** in that he denies bringing any such claim; and

B.  Comair's Motion to Dismiss claims for sibling consortium [DE 2115] in the Anderson case is **GRANTED**.

This May 27, 2008.

Signed By:

*Karl S. Forester*  KSF

**United States Senior Judge**