UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION (MASTER FILE) NO. 5:06-CV-316 - KSF

IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006

RELATING TO:  ALL CASES

## OPINION AND ORDER

This matter is before the Court, *sua sponte*, to terminate several pending motions that have become moot.

**IT IS ORDERED** that the following motions are **DENIED AS MOOT**, without prejudice for a party to request reinstatement if a ruling on any motion should become necessary:

1. Comair's motion in limine regarding experts Harris and Feinberg [DE 2551];

2. United States' motion in limine regarding subsequent remedial actions [DE 2590];

3. United States' motion in limine regarding experts Moss, Stimpson, Simmon and Salas [DE 2606];

4. Hebert's motion for extension of thirty days to add witnesses, exhibits [DE 2627];

5. Comair's motion in limine to exclude use of personal items of passengers [DE 2662];

6. Comair's motion in limine to exclude use of global positioning in Comair's aircraft [DE 2670];

7. Comair's motion in limine regarding comments posted on internet chat rooms, etc. [DE 2675];

8. Plaintiffs' motion in limine to preclude State Medical Examiner and pathologists from testifying regarding accident reconstruction, jury causation, biomechanics and to exclude testimony of Dr. Raddin [DE 2688];

9. Crew Plaintiffs' motion in limine regarding references to the workers' compensation carrier, etc. [DE 2701];

10. Plaintiffs' motion to designate all Comair documents on Plaintiffs' exhibit list as "not confidential" [DE 3058];

11. United States' motion to dismiss Comair's First Amended Complaint (McKee, 07-322) [DE 3060];

12. United States motion to strike the report of expert Barnette [DE 3093];

13. Comair's motion to dismiss certain damages or motion in limine [DE 3118]; and

14. Comair's motion to exclude testimony regarding household services [DE 3206].

This August 4, 2008.

Signed By:
*Karl S. Forester* KSF
United States Senior Judge