Not Recommended for Publication or Citation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION  at LEXINGTON

MASTER FILE NO. 5:06-CV-316-KSF

IN RE: AIR CRASH AT LEXINGTON, KENTUCKY ON AUGUST 27, 2006

RELATING TO:  5:06-CV-371-KSF, DEMROW V. COMAIR, INC.

**MEMORANDUM OPINION AND ORDER**

*** ****   ****   ***

Jonathan Lee Riches, an individual incarcerated in the Federal Medical Center ("FMC") in Lexington, Kentucky, has submitted yet another impermissible *pro se*, one-page pleading, this one styled for a case in which he has no legal interest.  He has titled this pleading a Motion for Judge Karl S. Forester's Recusal [Record No. 225].

Riches has a history of abusing the United States Judicial system across this country by seeking to intervene in cases already instituted by others and reported in the media or by starting original actions on frivolous claims with himself as the Plaintiff, seeking *in forma pauperis* status so as to avoid paying the District Court filing fee.  In this Court, the current total of his cases is up to 13.  In one of those other cases, the Court noted this litigant's history and the fact that his total of such actions a year ago exceeded "1,825 civil cases" and "197 civil appeals." *Riches v. Garese*, 0:08-CV-086-HRW, at  Record No. 3.  In that case, the Court characterized Riches as being "not merely a frequent litigant but an abuser of the judicial system" *Id.*  Riches was enjoined from filing

any future civil actions in the Eastern District of Kentucky unless he submitted a Complaint accompanied by: "(a) the District Court filing fee or an allegation he is under imminent danger of serious physical injury; (b) a statement as to his basis for jurisdiction and venue being in the Eastern District of Kentucky; (c) evidence that Riches has obtained the permission of the Court for the filing; and (d) a copy of this Memorandum Opinion and Order." *Id. See also Riches v. Hughes*, 0:08-cv-085-HRW, Record No. 3.

More recently, this Court dismissed another one of Riches' cases, *Riches v. X-Men*, Case No. 5:09-MC-112-KSF, and further enjoined him from filing any future civil actions in the Eastern District of Kentucky unless his Complaint is accompanied by: "(a) the District Court filing fee or a Motion to Proceed *in forma pauperis*, in which he alleges that he is under imminent danger of serious physical injury; (b) a copy of this Memorandum Opinion and Order; and (c) a Motion for the Court's permission to initiate another civil action. *Id.*, Record No. 2. Additionally, this Court directed the Clerk to return to Riches any "complaint or other initiating document" that failed to comply with the requirements of the injunction.

Riches has now chosen the tactic of placing himself before the Court by filing motions in pending cases, rather than initiating a new case. These tactics will not be tolerated in this Court.

Accordingly, **IT IS ORDERED**:

(1)  Plaintiff's Motion [Record No. 225] is **DENIED**.

(2)  In addition to the injunction against initiating actions in this Court, as set out in *Riches v. X-Men*, Case No. 5:09-MC-112-KSF, Plaintiff Jonathan Lee Riches is **FURTHER ENJOINED** from submitting for filing any document(s), pleading(s), or letter(s) to the United States District Court for the Eastern District of Kentucky, the Clerk of this Court, or any Judge or

Magistrate Judge, in any case to which Jonathan Lee Riches is not a named party, **UNLESS** he submits together with the document, pleading or letter, *all* of the following: (a) a copy of this Opinion and Order; (b) a Motion for the Court's Permission to file the document in an existing action; and (c) a statement of the reasons that the Court's permission should be granted to him.

(3) The Clerk of the Court is **DIRECTED** that should Jonathan Lee Riches present a complaint, other pleading, letter, or other document that does not comply with the injunctions noted above, then the Clerk shall return the tendered documents to Riches.

(4) The Clerk of the Court shall file the original of this Order in No. 5:06-CV-371-KSF and shall file a copy of this Order in the Master File No. 5:06-CV-316-KSF, *IN RE: Air Crash at Lexington, Kentucky, on August 27, 2006*.

This June 25, 2009.

Signed By:
*Karl S. Forester* KSF
United States Senior Judge

3