UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION (MASTER FILE) NO. 5:06-CV-316 - KSF

IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006

RELATING TO:

**Hebert, et al. v. Comair, et al., No. 5:07-CV-320**

OPINION AND ORDER

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the motion of Carl Duhon and the Duhon Law Firm to allow the filing of its Statement of Services Provided under seal for in camera review so as to avoid the disclosure of confidential information.

**IT IS ORDERED** that the motion to file a Statement of Services Provided under seal [DE 3852] is **GRANTED TO THE EXTENT** that the Statement may be filed in the record under seal, but Carl Duhon and the Duhon Law Firm shall serve a copy of the Statement, without any redactions, to all counsel for Plaintiffs so they may provide the Court any comments or objections thereto.

This March 14, 2011.



Signed By:

*Karl S. Forester* KSF

**United States Senior Judge**